# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-1801

_____

Daniel C. Coyle, Sr.,      *
     *
         Appellant,      *    Appeal from the United States
     *    District Court for the Western
     v.      *    District of Missouri.
     *
Aquila, Inc.,      *    [UNPUBLISHED]
     *
         Appellee.      *


_____

Submitted: January 28, 2010
Filed: February 3, 2010

_____

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Daniel Coyle appeals the order of the District Court[1] granting summary judgment to Aquila, Inc., in his employment-discrimination action. After reviewing the record de novo, viewing it in the light most favorable to Coyle, we conclude that summary judgment was proper for the reasons stated by the District Court. See Didier v. Schwan Food Co., 465 F.3d 838, 841 (8th Cir. 2006) (standard of review). We

_____

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.

decline to consider Coyle's arguments raised for the first time on appeal.  See Stone v. Harry, 364 F.3d 912, 914 (8th Cir. 2004).  Accordingly, we affirm.

_____